# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM GARRETT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3: 14-cv-00031 |
| | ) |
| v. | ) United States District Judge |
| | ) Kim R. Gibson |
| WEXFORD HEALTH, *et al.*, | ) |
| | ) United States Magistrate Judge |
| Defendants. | ) Cynthia Reed Eddy |

## **MEMORANDUM ORDER**

On February 24, 2014, this case was transferred to this Court from the United States District Court for the Middle District of Pennsylvania and was referred to a United States magistrate judge for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges.

On April 28, 2014, Plaintiff filed a Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 21). On July 3, 2014, the magistrate judge filed a Report and Recommendation (ECF No. 26) recommending that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction be denied. On July 22, 2014, Plaintiff filed Objections and a brief in support of his objections (ECF Nos. 29 and 30). Plaintiff's objections do not undermine the recommendation of the magistrate judge.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, and objections thereto, the following order is entered:

AND NOW, this 21st day of August, 2014;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 21) is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 26) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

By the Court:

Kim R. Gibson
United States District Judge

cc: KAREEM GARRETT
JP-9214
SCI Houtzdale
P.O. Box 1000
Houtzdale, PA 16698-1000

2