IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM GARRETT, | Civil Action No. 3: 14-cv-00031 |
| Plaintiff, | |
| v. | United States District Judge<br>Kim R. Gibson |
| WEXFORD HEALTH, et al., | |
| Defendants. | |

## ORDER

AND NOW, this 9th day of September, 2016, it is hereby **ORDERED, ADJUDGED, AND DECREED** that for the reasons set forth in the accompanying memorandum opinion:

1. The Motion to Dismiss (ECF No. 183), which has been converted into a Motion for Summary Judgment, filed by Defendant Khatri is **GRANTED** and judgment will be entered in favor of Dr. Khatri.

2. The Motion to Dismiss (ECF No. 185), which has been converted into a Motion for Summary Judgment, filed by the Medical Defendants is **GRANTED** and judgment will be entered in favor of the Medical Defendants.

3 The Motion to Dismiss and/or Motion for More Definite Statement (ECF No. 181) filed by the DOC Defendants is **GRANTED.** Plaintiff shall be given one final opportunity to amend his complaint and claims against the DOC. He should file a single operative complaint consisting of a short and plain statement of his claims as required by Rule 8 of the Federal Rules of Civil Procedure.

4. It is **ORDERED** that Plaintiff shall file his Fourth Amended Complaint no later than September 30, 2016. Plaintiff is advised that this case will be dismissed for lack of prosecution if the Fourth Amended Complaint is not timely filed.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 209) dated July 14, 2016, is **ADOPTED** as the Opinion of the Court.

It is **FURTHER ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

BY THE COURT:

Kim R. Gibson
United States District Judge

cc: KAREEM GARRETT
14 E. Albemarle Ave. 1st Floor
Lansdowne, PA 19050
(via U.S. First Class Mail)

All counsel of record via ECF notification