**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KAREEM GARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:14-cv-00031 |
| | ) | |
| DR. MUHAMMAD NAJI, | ) | Hon. Kim R. Gibson, U.S.D.J. |
| DR. SHELLA A. KHATRI, | ) | Hon. Cynthia Reed Eddy, C.U.S.M.J. |
| DEBORAH CUTSHALL, | ) | |
| DEBRA YOUNKIN, | ) | *Electronically Filed* |
| JANET PEARSON, | ) | |
| MARY JO BARBER, | ) | |
| SERGEANT WOOMER, | ) | |
| VINCENT DEFELICE, | ) | |
| SERGEANT JAMES, | ) | |
| OFFICER HUNT, | ) | |
| | ) | |
| Defendants. | | |

## PLAINTIFF'S STATUS REPORT

Plaintiff, by and through his attorneys, hereby submits this Plaintiff's Status Report in compliance with the Court's order of May 5, 2023, ECF 404, and states as follows.

1.      On February 21, 2023, the Parties engaged in a half-day mediation before Hon. Kenneth Benson, Retired Magistrate Judge.

2.      The Parties did not successfully reach a resolution during that mediation.

3.      On April 28, Plaintiff's counsel provided an updated demand to Defendants.

4.      On May 5, counsel for the Medical Defendants informed Plaintiff's counsel of the unforeseen personnel issues faced by counsel for the Medical Defendants, referenced in Joint Status Report of the Parties (ECF 403), and asked for an additional week to provide a response.

5.      In that time, Plaintiff's counsel has not received a response to Plaintiff's demand from any counsel.

6.      Accordingly, Plaintiff requests that this case moves forward to trial.

Respectfully submitted,

*/s/ Noah S. Becker*

Stuart T. Steinberg  (*Pro Hac Vice*)
Noah S. Becker  (*Pro Hac Vice*)
Theodore E. Yale  (*Pro Hac Vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Telephone:      +1  215  994  4000

*Attorneys for Plaintiff Kareem Garrett*